IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THOMAS KOST, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-25-RP |
| RICKY COTTO, | § § § | |
| Defendant. | § | |

## ORDER

On August 28, 2020, Plaintiff Thomas Kost filed an agreed motion to dismiss. (Dkt. 9). The Court construes the parties' agreed motion to dismiss as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 1, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE